**Dismissed and Memorandum Opinion filed April 16, 2020**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00174-CV

**TAIMOOR  GILANI, Appellant**

**V.**

**RIVER PARK CROSSING, LLC, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-265038**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed February 5, 2020. The notice of appeal was filed February 28, 2020. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs) *see also* Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On  March 26, 2020, this court ordered appellant to pay the appellate filing fee on or before April 10, 2020, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.